**ATTORNEY DEBT RESET, INC.**
Jeremy G. Winter, SBN 245631
Robert S. Gimblin, SBN 272044
1300 Ethan Way, Ste. 125
Sacramento, CA 95825
Telephone: 916-446-1791
Facsimile: 916-446-1742

Attorneys for Plaintiff(s)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ANDREA RENEE ADAMS,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL RECOVERY CORPORATION,<br><br>Defendant. | Case No. Case 2:11-cv-01443-JAM -DAD<br><br>**JOINT NOTICE REGARDING SETTLEMENT AND REQUEST FOR ORDER REMOVING CURRENT DEADLINES AND FOR DISMISSAL WITH PREJUDICE; ORDER**<br><br>Judge: **JOHN A. MENDEZ** |

## NOTICE OF SETTLEMENT

Plaintiff ANDREA RENEE ADAMS and Defendant UNIVERSAL RECOVERY CORPORATION (collectively, "the Parties"), by and through their counsel of record, hereby notify the Court that the Parties have reached settlement of the above-entitled matter. The Parties hereby request that the Court vacate all pending due dates and hearings and dismiss this action with prejudice.

////

////

**Respectfully Submitted,**

-1-

JOINT NOTICE OF SETTLEMENT/REQUEST FOR DISMISSAL WITH PREJUDICE; PROPOSED ORDER

Case 2:11-cv-01443-JAM -DAD

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: AUGUST 15, 2011 | **Attorney Debt Reset**<br>Jeremy Gordon Winter |
| 3 | | Robert Steven Gimblin, II |

By:  /s/ Robert Steven Gimblin, II
     Robert Steven Gimblin, II
Attorney for Plaintiff
ANDREA RENEE ADAMS

Dated: AUGUST 15, 2011

Darrell Spence
**ELLIS, LAVOIE, POIRIER,
STEINHEIMER & MCGEE, LLP**

By:  /s/ Darrell Spence
     Darrell Spence
Attorney for Defendant
UNIVERSAL RECOVERY CORP.

## ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, all dates and hearings are hereby vacated and the case is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: August 15, 2011

     /s/ John A. Mendez_____
     Honorable John A. Mendez
     United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com